FILED
AUG 15 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-175-WKW |
| | ) | [18 USC 922(g)(1)] |
| ANTHONY KEITH DAVIDSON | ) | [18 USC 924(c)(1)(A)(i)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 13, 2006, in Montgomery County, within the Middle District of Alabama,

ANTHONY KEITH DAVIDSON,

defendant herein, having been convicted of the following felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) November 14, 1998, Possession of Marijuana 1st, case number CC 98-001470, in the Circuit Court of Montgomery County, Alabama;

2) February 15, 2001, Possession of a Controlled Substance and Possession of Marijuana 1st, case number CC 2000-001739, in the Circuit Court of Montgomery County, Alabama;

did knowingly possess in and affecting interstate commerce a firearm, to-wit:

a Taurus, Model PT92, 9 mm pistol, a better description of which is unknown to the grand jury,

in violation of Title 18, United States Code, Section 922(g)(1).

7

## COUNT 2

On or about October 13, 2006, in Montgomery County, within the Middle District of Alabama,

ANTHONY KEITH DAVIDSON,

defendant herein, knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: possession with intent to distribute cocaine base, commonly known as "crack cocaine," contrary to Title 21, United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

A.   Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

ANTHONY KEITH DAVIDSON

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

> A Taurus, Model PT92, 9 mm pistol, a better description of which is unknown to the grand jury,

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Matthew W. Shepherd
Assistant United States Attorney

3