IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-175-WKW |
| | ) | |
| ANTHONY KEITH DAVIDSON | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed August 24, 2007 (Doc. # 4), and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Kilby Corrections Facility, Mt. Meigs, Alabama, commanding it to deliver Anthony Keith Davidson to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on September 26, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done, this 24th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE