IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-175-WKW |
| ) | |
| ANTHONY KEITH DAVIDSON ) | |

**UNOPPOSED MOTION FOR RELEASE FROM CUSTODY AND RETURN TO STATE CUSTODY**

**COMES NOW** the defendant, **ANTHONY KEITH DAVIDSON**, by and through undersigned counsel, and respectfully moves the Court for an Order directing that he be returned to the custody of the State of Alabama, pending his return for further proceedings in this matter. In support of this Motion, Mr. Davidson would show the following:

1. At the time Mr. Davidson was taken into federal custody on this matter, he was serving a state sentence of confinement at the Kilby Corrections Facility. There, Mr. Davidson was enrolled in and was nearing completion of a substance abuse program with the Alabama Department of Corrections. Upon completion of this substance abuse program, Mr. Davidson is likely to have his state sentence reduced significantly. He wishes to be returned to state custody for the purpose of completing that substance abuse program.

2. Mr. Davidson understands that if this Motion is granted, he would be returned to the custody of the State of Alabama, without control over the designation to be assigned to him, and that he would again be brought back into federal custody at the time of further proceedings on this matter.

3. Mr. Davidson waives enforcement of his right to be held in federal custody

until completion of this matter, and also waives his right to a speedy trial, and he has signed a separate waiver to that effect.

    4.    The Government, by Assistant United States Attorney Matthew Shepherd, does not oppose this motion.

**WHEREFORE**, for the foregoing reasons, Mr. Davidson respectfully requests that this Court grant his Motion.

Dated this 2nd day of November 2007.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: don_bethel@fd.org
        IN Bar Code: 14773-49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-175-WKW |
| | ) | |
| ANTHONY KEITH DAVIDSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49