IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-175-WKW |
| | ) | |
| ANTHONY KEITH DAVIDSON | ) | |

## WAIVER OF RIGHTS TO A SPEEDY TRIAL AND UNDER THE INTERSTATE AGREEMENT ON DETAINERS

**ANTHONY KEITH DAVIDSON**, after being first advised of 1) his right to a speedy trial, as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of that right in 18 U.S.C. § 3161,and 2) his rights under the Interstate Agreement on Detainers and the implementation of those rights in 18 U.S.C. Appenidx, hereby waives his right to a speedy trial and waives his rights under the Agreement on Detainers, including the right to have his federal case completed before he is returned to state custody.

_/s/ Anthony Davidson_
ANTHONY KEITH DAVIDSON

_/s/ Donnie W. Bethel_
DONNIE W. BETHEL
Assistant Federal Defender