IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr175-WKW |
| | ) | |
| ANTHONY KEITH DAVIDSON | ) | |

**ORDER**

Upon consideration of defendant's unopposed motion for release from custody and return to state custody, (Doc. # 14), filed November 2, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 6th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE