_____IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-175-WKW |
| | ) | |
| ANTHONY KEITH DAVIDSON | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **ANTHONY KEITH DAVIDSON**, by

Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and

(h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the

February trial term.  In support of this Motion, the Defendant would show the following:

1.      This case is currently scheduled for trial on February 4, 2008.

2.      On November 2, 2007, Mr. Davidson moved the Court for an order

returning him to state custody so that he could complete a substance abuse program with

the Alabama Department of Corrections.  On November 6, 2007, Magistrate Judge Susan

Walker issued an order returning Mr. Davidson to state custody.  Mr. Davidson is

currently nearing completion of that program, and should complete it in mid-February.

Upon completion of this substance abuse program, Mr. Davidson is likely to have his

state sentence significantly reduced.  If Mr. Davidson were to be removed from this

program prior to completing it, so that he could be brought back to Montgomery for trial

on February 4th, he would then have to start the program over from the beginning when

he is returned to state custody.  If he completes the program now, he likely will not have

to return to state custody at all.

      3.      Therefore, Mr. Davidson believes that a continuance would serve the ends of justice.

      5.      Assistant United States Attorney Matthew Shepherd does not oppose Mr. Davidson's Motion.

      **WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to issue an Order continuing the February 4, 2008, trial date.

      Dated this 11th day of January, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cr-175-WKW** |
| | ) | |
| **ANTHONY KEITH DAVIDSON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

Matthew W. Shepherd, Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49