IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
        v.                         )      Case No. 2:07-cr-0175-WKW
                                   )
ANTHONY KEITH DAVIDSON             )

## **ORDER**

Upon consideration of the Motion to Strike Forfeiture Allegation (Doc. # 35), and for good cause shown, it is ORDERED that the motion is GRANTED and the forfeiture allegation is hereby STRICKEN.

DONE this 11th day of July, 2008.

    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE